May 11 2005 11:12PM  Guy Kornblum & Associates  714-424-4022  p.1
Case 3:04-cv-05367-MJJ  Document 15  Filed 05/13/2005  Page 1 of 3
Case 3:04-cv-05367-MJJ  Document 18  Filed 05/16/05  Page 1 of 3

1 GUY O. KORNBLUM (SBN 39974))
  WALTER G. CRUMP (SBN 203743)
2 GUY KORNBLUM & ASSOCIATES
  1388 Sutter Street, Suite 820
3 San Francisco, California 94109
  Telephone:   (415) 440-7800
4 Facsimile:   (415) 440-7898

5 Attorneys for Plaintiff
  LEWIS R. FRANTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEWIS R. FRANTZ, formerly doing business as LOU'S CHEVRON and as successor to LOU'S CHEVRON, INC., a dissolved corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation; AETNA INSURANCE COMPANY, a corporation; CIGNA INSURANCE COMPANY, a corporation; CIGNA PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation; ACE INA, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C04-05367 MJJ<br><br>**STIPULATION AND ORDER CONTINUING THE MAY 17, 2005 CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. Martin J. Jenkins<br><br>Accompanying Documents:<br><br>1) Declaration of Walter G. Crump, Esq.; and<br>2) Proof of Service |

May 11 2005 11:12PM  Guy Kornblum & Associates  714-424-4022  p.2
Case 3:04-cv-05367-MJJ   Document 15   Filed 05/13/2005   Page 2 of 3
Case 3:04-cv-05367-MJJ   Document 18   Filed 05/16/05   Page 2 of 3

1  The Parties, by and through their respective counsel, and at Plaintiff's Counsel's request,
2  hereby stipulate, pending the Court's approval, to continue the hearing date for the Case
3  Management Conference in the instant action. Pursuant to this stipulation, the parties agree to
4  continue the Case Management Conference from its present date of May 17, 2005, at 2:00 p.m.
5  to June 21, 2005 at 2:00 p.m. or as soon thereafter as is convenient to the Court. The
6  accompanying declaration of Walter G. Crump, Esq. states the reasons why Plaintiffs' Counsel
7  has requested this continuance.

8

9  DATED: May _l_, 2005

10
     _____
     WALTER G. CRUMP
11   Attorneys for Plaintiff
     Lewis R. Frantz
12
13  DATED: May __, 2005

14
     _____
     ARMEN K. HOVANNISIAN
     Attorneys for Defendant
15   ACE Property and Casualty Insurance Company

16  **ORDER**

17
18  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT

19  The Case Management Conference hearing in this matter is hereby continued from its
    present date and time of May 17, 2005 to _____ 2005 at 2:00 p.m.
20

21
22  DATED: _____

23
     _____
24   Judge of the United States District Court
     Northern District of California

25
26
27
28

\\Accr1\other computer\Walter\Frantz\Stip_ContFinal.wpd
Stipulation of the Parties to Continue the Case Management Conference Hearing                Page 2

1. The Parties, by and through their respective counsel, and at Plaintiff's Counsel's request,
2. hereby stipulate, pending the Court's approval, to continue the hearing date for the Case
3. Management Conference in the instant action. Pursuant to this stipulation, the parties agree to
4. continue the Case Management Conference from its present date of May 17, 2005, at 2:00 p.m.
5. to June 21, 2005 at 2:00 p.m. or as soon thereafter as is convenient to the Court. The
6. accompanying declaration of Walter G. Crump, Esq. states the reasons why Plaintiffs' Counsel
7. has requested this continuance.

DATED: May 11, 2005

WALTER G. CRUMP
Attorneys for Plaintiff
Lewis R. Frantz

DATED: May 12, 2005

ARMEN K. HOVANNISIAN
Attorneys for Defendant
ACE Property and Casualty Insurance Company

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT

The Case Management Conference hearing in this matter is hereby continued from its present date and time of May 17, 2005 to June 28, 2005 at 2:00 p.m.

DATED: 5/16/2005

APPROVED
Judge Martin J. Jenkins

/s/
Judge of the United States District Court
Northern District of California

Stipulation of the Parties to Continue the Case Management Conference Hearing