GUY O. KORNBLUM (SBN 39974))
WALTER G. CRUMP (SBN 203743)
GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone:   (415) 440-7800
Facsimile:    (415) 440-7898

Attorneys for Plaintiff
LEWIS R. FRANTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEWIS R. FRANTZ, formerly doing business as LOU'S CHEVRON and as successor to LOU'S CHEVRON, INC., a dissolved corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation; AETNA INSURANCE COMPANY, a corporation; CIGNA INSURANCE COMPANY, a corporation; CIGNA PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation; ACE INA, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C 04-05367 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DATES AND TRIAL DATE**<br><br>Judge:    Hon. Martin J. Jenkins |

1  Pursuant to the Status Conference held before the Honorable Martin J. Jenkins on March
2  14, 2006, the parties, by and through their respective counsel, and at Plaintiff's Counsel's
3  request, hereby stipulate to continue all remaining pre-trial dates and the trial date concerning the
4  instant action as specifically set forth below; that is, the parties specifically stipulate to continue
5  this action's:

6  1) discovery cut-off date ("Discovery Deadline") for fact witnesses from its present
7  date of February 24, 2006 to May 5, 2006;
8  2) exchange of rebuttal expert information deadline ("Designation of
9  Supplemental/Rebuttal Experts") from its present date of March 17, 2006 to May
10  15, 2006;
11  4) exchange of Supplemental/Rebuttal Reports deadline from its present date of
12  March 17, 2006 to May 15, 2006;
13  5) expert discovery cutoff ("Expert Witness Discovery Deadline") from its present
14  date of March 24, 2006 to May 22, 2006;
15  6) dispositive motion deadline from its present date of April 11, 2006 to May 31,
16  2006;
17  7) Settlement Conference from its present date of April 27, 2006 at 9:00 a.m. to a
18  date and time in June 2006 which is convenient to the Court's calendar;
19  8) Pre-Trial Conference from June 27, 2006 at 3:30 p.m. to July 18, 2006 at 3:30
20  p.m. or to a date and time as soon thereafter as is convenient to the Court; and
21
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

9) trial date from its present date of July 10, 2006 at 8:30 a.m. to July 24, 2006 or to a date and time as soon thereafter as is convenient to the Court.

DATED: March 15, 2006.

                    S/ _____
                    WALTER G. CRUMP
                    Attorneys for Plaintiff
                    Lewis R. Frantz

DATED: March 15, 2006.

                    S/ _____
                    ARMEN K. HOVANNISIAN
                    Attorneys for Defendant
                    ACE Property and Casualty Insurance Company, et al.

## **ORDER**

Pursuant to the stipulation as set forth above and pursuant to the reasons/arguments offered by Counsel at the March 14, 2006 Status Conference held before this court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT this action's:

1) discovery cut-off date ("Discovery Deadline") for fact witnesses is hereby continued from its present date of February 24, 2006 to May 5, 2006;

2) exchange of rebuttal expert information deadline ("Designation of Supplemental/Rebuttal Experts") is hereby continued from its present date of March 17, 2006 to May 15, 2006;

4) exchange of Supplemental/Rebuttal Reports deadline is hereby continued from its present date of March 17, 2006 to May 15, 2006;

5) expert discovery cutoff ("Expert Witness Discovery Deadline") is hereby continued from its present date of March 24, 2006 to May 22, 2006;

6) dispositive motion deadline is hereby continued from its present date of April 11, 2006 to May 31, 2006;

7) Settlement Conference is hereby continued from its present date of April 27, 2006 at 9:00 a.m. to a date and time in June 2006 which is convenient to the Court's calendar;

8) Pre-Trial Conference is hereby continued from June 27, 2006 at 3:30 p.m. to July 18, 2006 at 3:30 p.m. or to a date and time as soon thereafter as is convenient to the Court; and

9) trial date is hereby continued from its present date of July 10, 2006 at 8:30 a.m. to July 24, 2006 or to a date and time as soon thereafter as is convenient to the Court.

DATED: 3/20/2006 .

_____
Judge of the United States District Court
Northern District of California