UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS R. FRANTZ,<br><br>      Plaintiff,<br><br>   v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, et al.,<br><br>      Defendants.<br>_____/ | No. C-04-05367 MJJ (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for April 27, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, has been continued until **June 15, 2006 at 9:00 a.m**.

On or before June 6, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement that shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: April 4, 2006

                                                                             _____<br>
                                                                             ELIZABETH D. LAPORTE<br>
                                                                             United States Magistrate Judge